**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Evenflo Co., Inc., | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:20-cv-00068 |
| | ) |
| vs. | ) Judge Michael R. Barrett |
| | ) |
| Veer Gear LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### **ORDER**

The Court upon a review of the record notes that the above-styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati. Pursuant to S.D. Ohio Civ. R. 82.1(b), this case is hereby TRANSFERRED to the Western Division at Dayton.

**IT IS SO ORDERED.**

s/ <i>Michael R. Barrett</i><br>
Michael R. Barrett, Judge<br>
United States District Court

1